1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT BASSICK, an individual, on behalf
of himself and those similarly situated,

        Plaintiff,

  v.

TRUEACCORD CORP., a Delaware
corporation,

        Defendant.

                             /

No. C 17-00726 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

      The Court acknowledges plaintiff's notice of pending settlement and **CONTINUES** the
case management conference to **JUNE 1, 2017, AT 11:00 A.M.**  A joint case management
statement is due by May 25.

      **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES AND ALL DEADLINES
MUST BE MET UNTIL A DISMISSAL IS FILED.**

      **IT IS SO ORDERED.**

Dated:  May 12, 2017.

                                       
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE