UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT BASSICK, an individual, on behalf of himself and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TRUEACCORD CORP., a Delaware corporation,<br><br>Defendant | Case No. 17-cv-00726-WHA<br><br>**ORDER GRANTING AMENDED STIPULATION TO DISMISS ACTION** |

Plaintiff Elliot Bassick and Defendant TrueAccord Corp. having stipulated to the dismissal of this action with prejudice as a result of a settlement between Plaintiff Elliot Bassick and Defendant TrueAccord Corp., the court hereby **GRANTS** the stipulation to dismiss this action with prejudice as to Plaintiff Elliot Bassick without prejudice as to the remaining putative class.

**IT IS SO ORDERED.**

Dated: ~~May ___~~ June 1, 2017

_____
Hon. ~~Joseph C. Spero~~ William Alsup
United States District Judge